# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

| | | |
|---|---|---|
| TINA MCMICHAEL, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SETH W. MCMICHAEL, DECEASED | : | No. 147 WAL 2019 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| PETER MCMICHAEL; JANICE MCMICHAEL; P&J CONSTRUCTION AND LANDSCAPE NURSERY LLC; AND MARKWEST ENERGY PARTNERS, L.P. | : | |
| | : | |
| PETITION OF: PETER MCMICHAEL AND P&J CONSTRUCTION AND LANDSCAPE NURSERY LLC | : | |
| | : | |
| TINA MCMICHAEL, INDIVIDUALLY, AND AS EXECUTRIX OF THE ESTATE OF SETH W. MCMICHAEL, DECEASED, | : | No. 148 WAL 2019 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| PETER MCMICHAEL AND P&J CONSTRUCTION AND LANDSCAPE NURSERY LLC, | : | |
| | : | |
| Petitioners | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by Petitioners, is:

> When there is no evidence of economic losses under the Wrongful Death Act, such as medical or funeral expenses, or estate administration costs; no evidence as to the amounts that the decedent would have provided to his family over his lifetime; and no evidence as to the value of the services that the decedent would have provided to his family; and the jury did not accept as credible evidence of the spouse's alleged non-economic loss, was the jury within its prerogative to award no damages under the Wrongful Death Act, was the trial court within its discretion in denying a new trial as to damages under that act, and did the Superior Court err in adopting a *per se* requirement of damages in virtually all wrongful death cases?

Justice Donohue did not participate in the consideration or decision of this matter.